IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RES-SC TCP, LLC, a Florida limited liability company,

    Plaintiff,

vs.

FRED G. WILLIAMS and
STEVE A. WILLIAMS,

    Defendants.

**GRANTED**

*s/ Patrick Michael Duffy*
PATRICK MICHAEL DUFFY
United States District Judge

May 15, 2012

C/A No. 2:11-cv-02918-PMD

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to dismiss this action with prejudice, with no costs to be awarded to any party.

Plaintiff makes this motion because Defendants negotiated a settlement with Plaintiff and have now performed their obligations under the terms of the settlement agreement. Plaintiff's attorney has informed Defendants' attorney that the matter has been settled and has requested that he consent to a stipulation of dismissal, but he has not responded to that request.

          s/Hamilton Osborne, Jr.

          Hamilton Osborne, Jr.
          HAYNSWORTH SINKLER BOYD, P.A.
          1201 Main Street, 22nd Floor
          Columbia, SC  29201-3226
          803-779-3080

          Attorney for Plaintiff

May 10, 2012

Columbia: 1654854 v.1